IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | No. C 07-6107 MJJ (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff, a federal prisoner proceeding pro se, filed this pro se complaint against Amazon.com, Inc., and its Chief Executive Officer, Jeffrey Bezos.

    A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988).

    Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. See Denton v. Hernandez, 504 U.S. 25, 32 (1992). Examples are claims describing fantastic or delusional scenarios with which federal district judges are all too familiar. See Neitzke v. Williams, 490 U.S. 319, 328 (1989). To pierce the

G:\PRO-SE\MJJ\CR.07\riches46.dsm.wpd

1 veil of the complaint's factual allegations means that a court is not bound, as it usually is
2 when making a determination based solely on the pleadings, to accept without question the
3 truth of the plaintiff's allegations. See Denton, 504 U.S. at 32.  A finding of factual
4 frivolousness is appropriate when the facts alleged rise to the level of the irrational or the
5 wholly incredible, whether or not there are judicially noticeable facts available to contradict
6 them. See id. at 32-33.

7 Plaintiff alleges that his "life is in danger from Defendants' burning the Amazon rain
8 forest since 1990, using the wood and timber to build Amazon.com book warehouses."  He
9 further alleges they are infringing a copyright by selling two books about him "without my
10 consent."  Plaintiff claims defendants are committing "pollution fraud," "are washing books
11 and washing laundering money in the Amazon River," "avoiding taxes in international
12 shelters," and "working with the Colombians putting kilos of cocaine in books and shipping
13 them to U.S. cities."  Plaintiff seeks 50 million dollars in damages, and an order "to stop the
14 operations of Amazon."  As plaintiff's allegations are clearly baseless, irrational or wholly
15 incredible, the complaint will be dismissed as frivolous under sections 1915A and
16 1915(e)(2).

17 For the foregoing reasons, this action is DISMISSED.
18 The Clerk shall close the file.
19 IT IS SO ORDERED.
20 DATED: December 21, 2007

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\riches46.dsm.wpd         2