IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,                                         No. CV 07-06107 MJJ ,

        Plaintiff,

  v.                                                              **JUDGMENT IN A CIVIL CASE**

AMAZON.COM INC.,

        Defendant.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as frivolous under sections 1915A and 1915(e)(2).


Dated: December 28, 2007                            Richard W. Wieking, Clerk

                                             By: /s/ Frank Justiliano
                                           Deputy Clerk